IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VACHO SHAHEN,<br>             Plaintiff,<br><br>v.<br><br>JOHN DOE FEDERAL BUREAU OF PRISON EMPLOYEES 1-96, JOHN DOE CORRECTIONAL OFFICERS 1-96, WILLIAM BRANDT, TROY DANIELS, AND MICHAEL PLISAK,<br>             Defendants. | CIVIL ACTION<br><br><br>NO.  21-1397 |

**O R D E R**

**AND NOW**, this 8th day of March, 2022, upon consideration of Defendants' Motion for Summary Judgment and Alternatively to Dismiss the Amended Complaint (ECF No. 22), Plaintiff's Response thereto (ECF No. 29), Defendants' Reply (ECF No. 42), Defendants' Statement of Undisputed Facts (ECF No. 34), Plaintiff's Statement of Disputed Facts (ECF No. 37), and Plaintiff's Exhibit (ECF No. 38) it is **HEREBY ORDERED** that Defendants' Motion is **GRANTED**.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**